# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3386
LT Case No. 59-2022-CA-2643

_____

BONNIE CESARE,

    Appellant,

    v.

CIRCLE K STORES, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Donna M. Goerner, Judge.

Allison Morat, of The Brownlee Law Firm, P.A., Orlando, for
Appellant.

Alison H. Sausaman and Galen R. Flynn, of Carr Allison,
Jacksonville, for Appellee.

May 5, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____